# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil File No. 05-2581 (MJD/JJG) |
| Petitioner, | |
| v. | **ORDER** |
| KENNETH R. LINDBERG, | |
| Respondent. | |

Robyn A. Millenacker, Assistant United States Attorney, Counsel for Petitioner.

Respondent Kenneth R. Lindberg, pro se.

**IT IS HEREBY ORDERED** that Respondent Kenneth R. Lindberg has until noon on Wednesday, June 28, 2006 to respond to the Government's Motion for Attorney Fees that was filed June 15, 2006 [Doc. No. 29].

Date: June 21, 2006

                                                                     s / Michael J. Davis
                                                                     Michael J. Davis
                                                                     United States District Court