UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 05-2581 MJD/JJG

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KENNETH R. LINDBERG, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Motion of the United States for Sanctions pursuant to Rule 11, Fed.R.Civ.P.  Present for Plaintiff United States was Robyn Millenacker, Assistant U.S. Attorney.  Defendant was present and  pro se.

Based on the records, arguments and proceedings herein, the Court finds: 1) that Defendant Lindberg is gainfully employed;  (2) that the declaration which he filed (Docket #51) in support of his Motion for In Forma Pauperis Status, asserting that he had no source of income or support is blatantly false and misleading and therefore, a violation of Rule 11(b),  Fed.R.Civ.P.

Based on these findings, IT IS HEREBY ORDERED  that sanctions  are imposed against Defendant Lindberg pursuant to Rule 11(c), Fed.R.Civ.P. as follows: Defendant shall be committed to the custody of the U.S. Marshal for  30 days , stayed for a period of one year,  on the condition that Defendant  not file any further false or misleading pleadings, documents, or  motions with the Court .

Date:August 28, 2007                         s / Michael J. Davis
                                             MICHAEL J. DAVIS
                                             UNITED STATES DISTRICT COURT